UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| LETITIA KENNEDY, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. G-10-641 |
| | § § | |
| NORTHWOOD MANUFACTURING, INC., | § § | |
| Defendant. | § | |

## ORDER

It is hereby Ordered that all requirements, deadlines (including responsive pleading deadlines), and other proceedings in this action before this Court are hereby stayed and/or extended indefinitely pending transfer of the action by the Judicial Panel on Multidistrict Litigation to the United States District Court for the Eastern District of Louisiana, 07-MD-1873. Upon such transfer, the parties will comply with any requirements and deadlines imposed by that court with respect to this action.

It is further ordered that this case is administratively closed pending transfer to the Eastern District of Louisiana.

SIGNED at Houston, Texas this 4th day of April, 2011.

Kenneth M. Hoyt
United States District Judge